UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00015-RFB-NJK |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| DAMARISE MCSWAIN, | |
| Defendants. | |

On May 23, 2019, the Court held a hearing regarding Revocation of Supervised Release to address the [99] 12C Petition and [101] Sealed 12C Addendum. Based upon the representations of counsel for the Defendant at the hearing and the Court's observation that Defendant appeared to be in significant mental and physical distress,

**IT IS ORDERED that the U.S. Marshals** are directed to take the necessary measures to ensure that defendant is evaluated by medical professional as soon as possible to determine if he needs to be hospitalized immediately.

**IT IS FURTHER ORDERED** that the CCA Facility located in Pahrump, NV produce the Defendant's medical records to defense counsel.

**IT IS FURTHER ORDERED** that the Defendant shall be seen by a mental health professional for general mental health issues as it relates to his well-being and safety within the next 24 hours.

**IT IS FURTHER ORDERED** that the Marshals and CCA arrange for the Defendant to undergo a comprehensive mental health evaluation by a mental health professional.

**IT IS FURTHER ORDERED** that the CCA mental health professional submit her or his evaluation and recommended treatment for Defendant to the Court and defense counsel within 30 days from this Order.

**IT IS FURTHER ORDERED** that a status Conference hearing is set for June 25, 2019 at 10:30 AM in LV Courtroom 7C.

**DATED** this 23rd day of May, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE