RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Damarise McSwain

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAMARISE MCSWAIN,<br><br>　　　　Defendant. | Case No. 2:15-cr-00015-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Daniel E. Clarkson, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for Damarise McSwain, that the revocation hearing currently scheduled on November 24, 2020 at 11:00 a.m., be vacated and continued for two weeks or to a date and time convenient to this Court.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On November 13, 2020, Mr. McSwain made his initial appearance on a petition alleging violations of supervised release. ECF No. 127. Mr. McSwain was released under his same conditions of supervised release. *See id.*

2. Defense counsel asks the Court for additional time to be able to meet with Mr. McSwain and prepare for the revocation hearing.

3. Mr. McSwain is at liberty and agrees with the need for the continuance.

4. Undersigned counsel contacted AUSA Daniel Clarkson and USPO Annis Seopaul Sones, and they are agreeable to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By *Daniel E. Clarkson*<br>DANIEL E. CLARKSON<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAMARISE MCSWAIN,<br><br>    Defendant. | Case No. 2:15-cr-00015-RFB-NJK<br><br>**ORDER** |

Based on the stipulation of counsel, and good cause appearing, IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Tuesday, November 24, 2020, at 11:00a.m., be vacated and continued to December 10, 2020 at the hour of 11:00 a.m., or to a time and date convenient to the court.

DATED this 23rd day of November, 2020.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE