UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAMARISE McSWAIN,<br><br>　　　　　　Defendant. | Case No. 2:15-cr-00015-RFB-NJK<br><br>ORDER FOR MODIFICATION TO CONDITIONS OF SUPERVISED RELEASE |

Presently before the court is the matter of U.S. v. Damarise McSwain. On February 3, 2021, this court held a hearing for status conference hearing.

The Court now ORDERS that Mr. McSwains' must report on February 10, 2021 to the Westcare Drug Treatment facility. The Court further modifies conditions of supervision to include inpatient substance abuse treatment; all of the previously ordered conditions to remain in effect:

　　1. **Substance Abuse Treatment** - You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program.

IT IS SO ORDERED this 9th day of February, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE